# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. JACKSON, | Case No. 1:13-cv-00398-LJO-SKO |
| Plaintiff, | **ORDER DISMISSING ACTION AND CLOSING CASE** |
| v. | (Doc. 1) |
| OVANES KUTNERIAN, et al., | |
| Defendants. | |

## I. INTRODUCTION

On March 18, 2013, Plaintiff filed a complaint which was dismissed without prejudice and with leave to amend on April 8, 2013. (Doc. 3.) The Court's April 8, 2013, order was served on Plaintiff via First Class U.S. Mail. On April 29, 2013, the order was returned to the Court by the U.S. Postal Service as undeliverable and unable to forward. For the reasons set forth below, this action is DISMISSED without prejudice and the case shall be administratively closed.

## II. DISCUSSION

On April 8, 2013, the Court issued an order dismissing Plaintiff's complaint, which was served via First Class U.S. Mail to the address of record Plaintiff provided. On April 29, 2013, the order served through the U.S. Mail was returned as undeliverable and unable to forward.

This Court's Local Rule 183(b) provides:

A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Plaintiff has not provided the Court with a current address pursuant to Local Rule 183(b), and more than sixty-three (63) days have passed since mail from the Court was first returned by the U.S. Postal Service as undeliverable.

The Court has no way to contact Plaintiff; the address set forth in the complaint is invalid, and Plaintiff has not provided the Court with an updated address. As such, pursuant to Local Rule 183(b), "the Court may dismiss the action without prejudice for failure to prosecute."

### III.   CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED without prejudice pursuant to Local Rule 183(b) due to Plaintiff's failure to provide the Court with a current, valid address; and
2. The Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:   **July 23, 2013**                               /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE